IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **OREGON WASHINGTON HEALTH NETWORK**,<br><br>        Plaintiff,<br><br>        v.<br><br>**INSPIRED BUSINESS CONNECTIONS, LLC** and **HELEN E. LARSON**,<br><br>        Defendants. | Case No. 2:23-cv-897-HL<br><br>**ORDER** |

**Michael H. Simon, District Judge.**

United States Magistrate Judge Andrew Hallman issued Findings and Recommendation in this case on June 3, 2024. ECF 22. Judge Hallman recommended that this Court grant Plaintiff's Motion for Default Judgment (ECF 13) and award Plaintiff $10,000 in damages, $4,147.50 in attorney's fees, and $402.00 in costs. Plaintiff did not object to the Findings and Recommendation. Defendants have not appeared in this case. The Court ADOPTS Judge Hallman's Findings and Recommendation (ECF 22) and GRANTS Plaintiff's Motion for Default Judgment (ECF 13).

    **IT IS SO ORDERED.**

    DATED this 21st day of January, 2025.

                                               /s/ *Michael H. Simon*<br>
                                             Michael H. Simon<br>
                                             United States District Judge